IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50896
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL SARINANA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-95-CR-28
- - - - - - - - - -
September 12, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Manuel Sarinana appeals his convictions for conspiracy to possess with intent to distribute marijuana and possession with intent to distribute marijuana, contending that there was insufficient evidence on which to base the convictions. Viewed in the light most favorable to the Government, the evidence is more than sufficient for a rational jury to have found each element of both crimes beyond a reasonable doubt. *See **United States v. Bell**,*

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

678 F.2d 547, 549 (5th Cir. 1982) (en banc), *aff'd*, 462 U.S. 356 (1983).

**AFFIRMED**